# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

COURTYARD REHABILITATION AND                                                          PLAINTIFFS
HEALTH CENTER, LLC, et al.

v.                                        No. 4:14CV00595 JLH

JOHN SELIG, in his official capacity as
Director of the Arkansas Department of
Human Services                                                                         DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed without prejudice. Document #8.

IT IS SO ORDERED this 5th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE